**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: October 22, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-62342 |
| CATHERINE MARIE COPAS<br>SSN: XXX-XX-2134 | CHAPTER 13 |
| DEBTOR | JUDGE JOHN E. HOFFMAN |
| | AGREED ORDER GRANTING<br>RELIEF FROM STAY<br>(Real Property located at: 3860 Frazier,<br>Road W., Columbus, OH 43207) |

      This cause came on before the Court upon the Motion for Relief from Automatic Stay (Document No. 30) filed by US Bank, N.A., holder of the first mortgage against the real estate.

      The Court finds that the parties have agreed that:

      That Debtors shall pay to Movant the post-petition arrearage due March 1, 2010 through October 31, 2010, a sum of $5,325.64 consisting of March 2010 – September 2010 payments at

$674.40 each, late charges of $26.98 each, October 2010 payment at $748.46, late charge of $28.78; less suspense balance of $332.48, by tendering to Movant, commencing November 1, 2010 and continuing for eighteen (18) months, the sum of $1,015.55, consisting of the regular payment of $719.68 (subject to change with escrow analysis) and $295.87 towards the arrears and continuing through April 1, 2012.   Debtor shall resume regular payments on May 1, 2012.

 That should Debtor fail to make any installment as referenced above, within thirty (30) days from the date the payment is due, Movant may obtain an Order granting relief from the automatic stay upon proper filing and service of a Ten Day Notice of Movant's intent to file an affidavit attesting to the default of the Debtor. If the default is not cured within that 10-day period, then upon the filing of an affidavit, an order shall be entered without further notice or hearing by this Court.

That should Debtor complete the within-referenced payment agreement but thereafter becomes thirty (30) days in default from the date a payment is due, Movant may obtain an Order granting relief from the automatic stay upon the proper filing and service of a Ten Day Notice of Movant's intent to file an affidavit attesting to the default of the Debtor.  If the default is not cured within that 10-day period, then upon the filing of an affidavit, an order shall be entered without further notice or hearing by this Court.

Movant is given leave to file its Supplemental Proof of Claim to gather its Costs in the amount of $150.00.

**IT IS HEREBY SO ORDERED.**

LAURITO & LAURITO, L.L.C.

| | |
|---|---|
| /s/ Erin M. Laurito | /s/ Frank M. Pees |
| _____ | _____ |
| Jeffrey V. Laurito (0014652) | Frank M. Pees, Trustee |
| Erin M. Laurito (00755631) | 130 East Wilson Bridge Rd. #200 |
| Attorney for Movant | Worthington, OH 43085 |
| 7550 Paragon Road | 614-436-6700 |
| Dayton, OH 45459 | |
| 937-743-4878 | |

/s/ Mark Albert Herder
_____
Mark Albert Herder (0061503)
Attorney for Debtor
1031 East Broad Street
Columbus, OH 43205
614-444-5290
614-444-4446 fax

COPIES TO:

Default List

Jeremy L. Patete, interested party, 3860 Frazier Road W, Columbus, OH 43207

###